## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:17cv222

| | | |
|---|---|---|
| **SHEENA STROUPE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **KMART CORPORATION., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is the Joint Motion for Jury Trial [# 9].  In entering the Pretrial Order and Case Management Plan the Court mistakenly set this case for a bench trial rather than a jury trial.  The parties now move for a jury trial.   For good cause shown, the Court **GRANTS** the motion [# 9].  The Court **AMENDS** the PTO to set this case for a **JURY TRIAL**.


Signed: September 26, 2017


Dennis L. Howell
United States Magistrate Judge